**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:12CR96** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ANTONIO MEJIA-CRUZ,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Adoption of the Presentence Investigation Report and Motion for Expedited Sentencing Date (Filing No. 22).

On June 27, 2012, the Court granted the Defendant's oral motion to advance the sentencing date and advanced the sentencing hearing one week to July 23, 2012. Then the Defendant filed the instant motion.

The Court cannot accept the Defendant's adoption of the Presentence Investigation Report ("PSR") as it is premature. The final PSR had not been sent to counsel or the Court at the time of the filing of the motion. Therefore, the Court declines to accept the adoption of the PSR or advance the sentencing schedule, noting that the Defendant has secured a one-week advancement of the sentencing hearing.

IT IS ORDERED that the Defendant's Adoption of the Presentence Investigation Report and Motion for Expedited Sentencing Date (Filing No. 22) is denied.

DATED this 29th day of June, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge