IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:12CR96 |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| ANTONIO MEJIA-CRUZ, | ) | |
| Defendant. | ) | |

This matter is before the Court on the government's Motion for Dismissal (Filing No. 36), seeking the dismissal of the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 34), without prejudice.

IT IS ORDERED that the government's Motion to for Dismissal (Filing No. 36) is granted and the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 34) is dismissed, without prejudice.

DATED this 11th day of September, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge